# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-10-00401-CR

**In re Charles Lee**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT
NO. 995654, HONORABLE MICHAEL LYNCH, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellant's motion to withdraw his notice of appeal is granted. *See* Tex. R. App.

P. 42.2(a). The appeal is dismissed.

_____

J. Woodfin Jones, Chief Justice

Before Chief Justice Jones, Justices Henson and Goodwin

Dismissed on Appellant's Motion

Filed:   January 27, 2011

Do Not Publish